**DISMISS and Opinion Filed March 28, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00960-CV

**JOHN JOHNSON, Appellant**
**V.**
**HOLMES STREET PARTNERS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02985-B**

## MEMORANDUM OPINION

Before Justices Carlyle, Goldstein, and Kennedy
Opinion by Justice Kennedy

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by February 8, 2023. By postcard dated February 22, 2023 we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


        /Nancy E. Kennedy/
        NANCY KENNEDY
        JUSTICE

220960F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN JOHNSON, Appellant

No. 05-22-00960-CV     V.

HOLMES STREET PARTNERS,
Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-22-02985-
B.
Opinion delivered by Justice
Kennedy. Justices Carlyle and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered March 28, 2023